# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-1413

———————————————

United States of America

*Plaintiff - Appellee*

v.

Matthew Edward Brockway

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Central

——————————

Submitted: June 17, 2024
Filed: June 21, 2024
[Unpublished]

——————————

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Matthew Brockway appeals after the district court[1] revoked his supervised release and sentenced him to a term above the advisory Sentencing Guidelines range.

———————————

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence. Brockway has also filed a pro se brief, suggesting that the duration of his incarceration should be reduced.

We conclude that the sentence was not an abuse of discretion. See United States v. Valure, 835 F.3d 789, 790 (8th Cir. 2016) (standard of review). There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence); United States v. Michels, 49 F.4th 1146, 1148-49 (8th Cir. 2022) (sentence above Guidelines range was not abuse of discretion).

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment.

_____